# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS
## Washington, D.C.

## UNITED STATES

### v.

## Dylan L. SANCHEZ,
### Machinery Technician First Class (E-6), U.S. Coast Guard

## CGCMS 24417

## Docket No.  1320

## 13 October 2011

Special Court-Martial convened by Commander, Coast Guard Sector New Orleans.  Tried at New Orleans, Louisiana, on 7 January 2009.

| | |
|---|---|
| Military Judge: | CDR Benes Z. Aldana, USCG |
| Trial Counsel: | LCDR Curtis E. Borland, USCG |
| Defense Counsel: | LT Jason Ayeroff, JAGC, USN |
| Appellate Defense Counsel: | LCDR Paul R. Casey, USCG |
| Appellate Government Counsel: | LT Frances Johnson-Gillion, USCG |

## BEFORE
## McCLELLAND, McGUIRE[1] & HAVRANEK
Appellate Military Judges

Per curiam:

This case is before us for a second time, after remand for a new Staff Judge Advocate's Recommendation and a new Convening Authority's action.

Appellant was tried by special court-martial, military judge alone.  Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement, Appellant was convicted of one specification of false official statements, in violation of Article 107, Uniform Code of Military Justice (UCMJ); two specifications of wrongful disposition of military property, in violation of Article 108, UCMJ; and two specifications of larceny, in violation of Article 121, UCMJ.  The military judge sentenced Appellant to confinement for eight months, reduction to E-1, and a bad-

---

[1] Judge McGuire did not participate in this decision.

conduct discharge. The Convening Authority approved the sentence as adjudged, and suspended confinement in excess of sixty days in accordance with the pretrial agreement.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors.

## Decision

We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, the findings and sentence are determined to be correct in law and fact and, on the basis of the entire record, should be approved. Accordingly, the findings of guilty and the sentence, as approved below, are affirmed.



For the Court,

Andrew R. Alder
Deputy Clerk of the Court